John Swenson (SBN 224110)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
Phone: 310.734.3200
Fax: 310.734.3300
Email: jswenson@steptoe.com

Attorneys for Defendant Red Door Salons, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LISA KNIGHT and MARCIE DAVE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

RED DOOR SALONS, INC., an Arizona Corporation and DOES 1 through 25, inclusive,

    Defendants.

Case No. _____

(San Francisco County Superior Court Case No. CGC-08-471683)

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Action Filed: January 31, 2008

    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following corporations have a financial interest in the subject matter in controversy or in a party to the proceeding, or have a non-financial interest in the subject matter in controversy or in a party that could be substantially affected by the outcome of this proceeding:

    Red Door Salons, Inc. is a wholly-owned subsidiary of Elizabeth Arden Spas, L.L.C. Elizabeth Arden Spas, L.L.C. is a wholly-owned subsidiary of Elizabeth Arden Salon-Holdings, Inc.

---

CERTIFICATION OF INTERESTED ENTITIES
(No. _____)

1

552809

1  RESPECTFULLY SUBMITTED this 19 day of March, 2008.

STEPTOE & JOHNSON LLP

By _____
John Swenson
2121 Avenue of the Stars, 28th Floor
Los Angeles, California 90067

Attorneys of Record for Defendant

CERTIFICATION OF INTERESTED ENTITIES
(No. _____)

552809