John Swenson (SBN 224110)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
Phone: 310.734.3200
Fax: 310.734.3300
Email: jswenson@steptoe.com

Attorneys for Defendant Red Door Salons, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KNIGHT and MARCIE DAVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RED DOOR SALONS, INC., an Arizona Corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. CV 08 1520<br><br>(San Francisco County Superior Court Case No. CGC-08-471683)<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Action Filed: January 31, 2008 |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Red Door Salons, Inc. states that Red Door Salons, Inc. is a wholly-owned subsidiary of Elizabeth Arden Spas, L.L.C. Elizabeth Arden Spas, L.L.C. is a wholly-owned subsidiary of Elizabeth Arden Salon-Holdings, Inc. None of these companies has any outstanding securities in the hands of the public.

RESPECTFULLY SUBMITTED this 19th day of March, 2008.

STEPTOE & JOHNSON LLP

By_____
John Swenson
2121 Avenue of the Stars, 28th Floor
Los Angeles, California 90067

Attorneys for Defendant

1

CORPORATE DISCLOSURE STATEMENT
(No. _____)

552808