John Swenson (SBN 224110)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
Phone: 310.734.3200
Fax: 310.734.3300
Email: jswenson@steptoe.com

Attorneys for Defendant Red Door Salons, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KNIGHT and MARCIE DAVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RED DOOR SALONS, INC., an Arizona Corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:08-CV-01520-SC<br><br>(San Francisco County Superior Court Case No. CGC-08-471683)<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

Pursuant to Civil L.R. 6-1(a), the parties, by and through their undersigned counsel, hereby stipulate and agree that Defendant Red Door Salons, Inc.'s deadline to answer or otherwise respond to Plaintiffs' Complaint shall be extended from March 26, 2008, to April 25, 2008. This extension will not alter the date of any event or any deadline already fixed by Court Order.

RESPECTFULLY SUBMITTED this 25th day of March, 2008.

LAW OFFICES OF MOSS & HOUGH


By_____
Gary E. Moss
Mary Patricia Hough
Derek M. Thomas
601 Van Ness Avenue, Suite 2030
San Francisco, CA 94102

1

| | |
|---|---|
| 1 | Michael von Loewenfeldt |
| 2 | Michael NG |
|   | KERR & WAGSTAFFE, LLP |
|   | 100 Spear Street, Suite 1800 |
| 3 | San Francisco, CA 94105-1528 |
| 4 | Attorneys for Plaintiffs |

STEPTOE & JOHNSON LLP

By_____
   John Swenson
   2121 Avenue of the Stars, 28th Floor
   Los Angeles, California 90067

Attorneys for Defendant

2

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
(No. 3:08-CV-01520-SC)

553514

```
 1  John Swenson (SBN 224110)
    STEPTOE & JOHNSON LLP
 2  2121 Avenue of the Stars
    Suite 2800
 3  Los Angeles, CA 90067
    Phone: 310.734.3200
 4  Fax: 310.734.3300

 5  Attorneys for Defendant Red Door Salons, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KNIGHT and MARCIE DAVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RED DOOR SALONS, INC., an Arizona Corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:08-CV-01520-SC<br><br>(San Francisco County Superior Court Case No. CGC-08-471683)<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

Pursuant to Civil L.R. 6-1(a), the parties, by and through their undersigned counsel, hereby stipulate and agree that Defendant Red Door Salons, Inc.'s deadline to answer or otherwise respond to Plaintiffs' Complaint shall be extended from March 26, 2008, to April 25, 2008. This extension will not alter the date of any event or any deadline already fixed by Court Order.

RESPECTFULLY SUBMITTED this 25th day of March, 2008.

LAW OFFICES OF MOSS & HOUGH

By _____
Gary E. Moss
Mary Patricia Hough
Derek M. Thomas
601 Van Ness Avenue, Suite 2030
San Francisco, CA 94102

1

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
(No. 3:08-CV-01520-SC)                                         553514

Michael von Loewenfeldt
Michael NG
KERR & WAGSTAFFE, LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528

Attorneys for Plaintiffs


STEPTOE & JOHNSON LLP


By_____
   John Swenson
   2121 Avenue of the Stars, 28th Floor
   Los Angeles, California 90067

Attorneys for Defendant

2

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
(No. 3:08-CV-01520-SC)

553514