MICHAEL VON LOEWENFELDT (SBN 178665)
MICHAEL NG (SBN 237915)
KERR & WAGSTAFFE, LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Facsimile: (415) 371-0500
Email: mvl@kerrwagstaffe.com;
mng@kerrwagstaffe.com

GARY E. MOSS (SBN 43002)
MARY PATRICIA HOUGH (SBN 104542)
DEREK M. THOMAS (SBN 248897)
LAW OFFICES OF MOSS & HOUGH
601 Van Ness Avenue, Suite 2030
San Francisco, CA 94102
Telephone: (415) 399-1110
Facsimile:    (415) 399-1552
Email: marypat@mhlegal.net

Attorneys for Plaintiffs
LISA KNIGHT, and MARCIE DAVE
on behalf of themselves and those similarly situated,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KNIGHT and MARCIE DAVE, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RED DOOR SALONS, INC., an Arizona Corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. CV 08-1520 SC<br><br>**PLAINTIFFS' JURY TRIAL DEMAND** |

1     Plaintiffs, who bring this case on behalf of themselves and all others similarly situated, hereby demand a trial by jury.

Dated: March 31, 2008

KERR & WAGSTAFFE LLP

LAW OFFICES OF MOSS & HOUGH

_____/s_____
MICHAEL NG

Attorneys for Plaintiffs
LISA KNIGHT and MARCIE DAVE
on behalf of themselves and those similarly situated