1  John Swenson (SBN 224110)
   STEPTOE & JOHNSON LLP
2  2121 Avenue of the Stars
   Suite 2800
3  Los Angeles, CA 90067
   Phone: 310.734.3200
4  Fax: 310.734.3300
   Email: jswenson@steptoe.com
5
   Attorneys for Defendant Red Door Salons, Inc.
6

7                UNITED STATES DISTRICT COURT
8                NORTHERN DISTRICT OF CALIFORNIA

9  LISA KNIGHT and MARCIE DAVE, on           )
   behalf of themselves and all others similarly  )  Case No. 3:08-cv-01520-SC
10 situated,                                  )
                                              )  (San Francisco County Superior Court
11               Plaintiffs,                  )  Case No. CGC-08-471683)
                                              )
12 vs.                                        )  **CERTIFICATION OF SERVICE**
                                              )
13 RED DOOR SALONS, INC., an Arizona          )  Action Filed: January 31, 2008
   Corporation and DOES 1 through 25,         )
14 inclusive,                                 )
                                              )
15               Defendants.                  )
                                              )

1

**CERTIFICATION OF SERVICE**
(No. 3:08-cv-01520-SC)

553413

1  I, Maria Rodriguez, hereby certify and declare as follows:

2  1. I am over the age of 18 years and not a party to this action.

3  2. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, California 90067.

3. On March 31, 2008, I served by mail upon Plaintiffs' counsel in this case, Gary E. Moss, Mary Patricia Hough and Derek M. Thomas of the Law Offices of Moss & Hough, and Michael Von Loewenfeldt and Michael Ng of the Law Offices of Kerr & Wagstaffe, LLP: the Certification of Service of Notice of Removal On Parties in State Court, e-filed on March 31, 2008 [Document 6], to the addresses on the attached Service List.

I certify and declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

DATED: March 31, 2008

By: Maria Rodriguez

2

CERTIFICATION OF SERVICE
(No. 3:08-cv-01520-SC)

553413

**SERVICE LIST**

Michael von Loewenfeldt
Michael Ng
KERR & WAGSTAFFE, LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528

Gary E. Moss
Mary Patricia Hough
Derek M. Thomas
LAW OFFICES OF MOSS & HOUGH
601 Van Ness Avenue, Suite 2030
San Francisco, CA 94102

3

CERTIFICATION OF SERVICE
(No. 3:08-cv-01520-SC)

552808