

Stephanie J. Quincy (AZ SBN 014009)
STEPTOE & JOHNSON LLP
201 E. Washington, Ste. 1600
Phoenix, Arizona 85004
Phone: 602.257.5200
Fax: 602.257.5299

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KNIGHT and MARCIE DAVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RED DOOR SALONS, INC., an Arizona Corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:08-CV-01520-SC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Stephanie J. Quincy, an active member in good standing of the bar of the State of Arizona, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Red Door Salons, Inc. in the above – entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: John Swenson,

1

1  Steptoe & Johnson LLP, 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA  90067, 310-734-
2  3200.
3      I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/26/08

_____
Stephanie J. Quincy

2

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** (Case No. 3:08-CV-01520-SC)
552714

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY MAIL** |
| 2 | |
| 3 | I am employed in Century City, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Steptoe & Johnson LLP, 2121 Avenue of the Stars, 28th Floor, Los Angeles, California 90067. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 31, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s): |

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

in a sealed envelope, postage fully paid, addressed as follows:

> Michael von Loewenfeldt
> Michael NG
> KERR & WAGSTAFFE, LLP
> 100 Spear Street, Suite 1800
> San Francisco, CA  94105-1528
>
> Gary E. Moss
> Mary Patricia Hough
> Derek M. Thomas
> LAW OFFICES OF MOSS & HOUGH
> 601 Van Ness Avenue, Suite 2030
> San Francisco, CA  94102

Attorneys for Plaintiffs

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 31, 2008 at Los Angeles, California.

*Maria S. Darweel* (signature)

---

3

**PROOF OF SERVICE** (Case No. 3:08-CV-01520-SC)   552714

1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KNIGHT and MARCIE DAVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RED DOOR SALONS, INC., an Arizona Corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:08-CV-01520-SC<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Stephanie J. Quincy, an active member in good standing of the bar of the State of Arizona whose business address and telephone number is:

Stephanie J. Quincy
Steptoe & Johnson LLP
201 E. Washington, Ste. 1600
Phoenix, Arizona 85004
Telephone: 602.257.5200
Facsimile: 602.257.5299

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Red Door Salons, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. 3:08-CV-01520-SC                                                                                       552718

contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____    _____
United States Magistrate Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. 3:08-CV-01520-SC                                                                                                552718