ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KNIGHT and MARCIE DAVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RED DOOR SALONS, INC., an Arizona Corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:08-CV-01520-SC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Robert G. Vaught, an active member in good standing of the bar of the State of Arizona whose business address and telephone number is:

Robert G. Vaught
Steptoe & Johnson LLP
201 E. Washington, Ste. 1600
Phoenix, Arizona 85004
Telephone: 602.257.5200
Facsimile: 602.257.5299

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Red Door Salons, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. 3:08-CV-01520-SC

553688

1 | contained in General Order No. 45, *Electronic Case Filing*.

2 | Dated: 4/4/08

3 | United S_____ Judge 

[Signature stamp: IT IS SO ORDERED / Judge Samuel Conti]