John Swenson (SBN 224110)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
Phone: 310.734.3200
Fax: 310.734.3300
jswenson@steptoe.com

Attorneys for Defendant Red Door Salons, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KNIGHT and MARCIE DAVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RED DOOR SALONS, INC., an Arizona Corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:08-CV-01520-SC<br><br>(San Francisco County Superior Court Case No. CGC-08-471683)<br><br>**SECOND JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

Pursuant to Civil L.R. 6-1(a), the parties, by and through their undersigned counsel, hereby stipulate and agree that Defendant Red Door Salons, Inc.'s deadline to answer or otherwise respond to Plaintiffs' Complaint shall be extended from April 25, 2008 to May 26, 2008. This is the second Joint Stipulation that the parties have filed to extend Defendant's time to answer or otherwise response to Plaintiffs' Complaint. Plaintiffs' filed their Complaint on January 31, 2008.

This stipulation was entered into at the request of counsel for Defendant. Plaintiffs' Complaint sets forth eleven separate claims on behalf of a putative class of approximately 100 individuals. Counsel for Defendant are in the process of reviewing data and documents related to each putative class member, and respectfully request additional time to complete this process before responding to Plaintiffs' Complaint. This extension will not alter the date of any event or any deadline already fixed by Court Order, and will not affect the parties' ability to proceed with discovery.

RESPECTFULLY SUBMITTED this 24th day of April, 2008.

                LAW OFFICES OF MOSS & HOUGH

                By_____
                   Gary E. Moss
                   Mary Patricia Hough
                   Derek M. Thomas
                   601 Van Ness Avenue, Suite 2030
                   San Francisco, CA  94102

Michael von Loewenfeldt
Michael NG
KERR & WAGSTAFFE, LLP
100 Spear Street, Suite 1800
San Francisco, CA  94105-1528

Attorneys for Plaintiffs


STEPTOE & JOHNSON LLP


By_____
   John Swenson
   2121 Avenue of the Stars, 28th Floor
   Los Angeles, California 90067

Attorneys for Defendant

2

**SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**(No. 3:08-CV-01520-SC)**

553514

John Swenson (SBN 224110)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
Phone: 310.734.3200
Fax: 310.734.3300

Attorneys for Defendant Red Door Salons, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KNIGHT and MARCIE DAVE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>RED DOOR SALONS, INC., an Arizona Corporation and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 3:08-CV-01520-SC<br><br>(San Francisco County Superior Court Case No. CGC-08-471683)<br><br>**SECOND JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

  Pursuant to Civil L.R. 6-1(a), the parties, by and through their undersigned counsel, hereby stipulate and agree that Defendant Red Door Salons, Inc.'s deadline to answer or otherwise respond to Plaintiffs' Complaint shall be extended from April 25, 2008 to May 26, 2008. This is the second Joint Stipulation that the parties have filed to extend Defendant's time to answer or otherwise response to Plaintiffs' Complaint. Plaintiffs' filed their Complaint on January 31, 2008.

  This stipulation was entered into at the request of counsel for Defendant. Plaintiffs' Complaint sets forth eleven separate claims on behalf of a putative class of approximately 100 individuals. Counsel for Defendant are in the process of reviewing data and documents related to each putative class member, and respectfully request additional time to complete this process before responding to Plaintiffs' Complaint. This extension will not alter the date of any event or any deadline already fixed by Court Order, and will not affect the parties' ability to proceed with discovery.

1

1  RESPECTFULLY SUBMITTED this 24th day of April, 2008.

LAW OFFICES OF MOSS & HOUGH

By _____
Gary E. Moss
Mary Patricia Hough
Derek M. Thomas
601 Van Ness Avenue, Suite 2030
San Francisco, CA 94102

Michael von Loewenfeldt
Michael NG
KERR & WAGSTAFFE, LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528

Attorneys for Plaintiffs


STEPTOE & JOHNSON LLP


By _____
John Swenson
2121 Avenue of the Stars, 28th Floor
Los Angeles, California 90067

Attorneys for Defendant



IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

**SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
(No. 3:08-CV-01520-SC)

553514