UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KNIGHT and MARCIE DAVE, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>RED DOOR SALONS, INC., an Arizona Corporation and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No. 3:08-CV-01520-SC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Elizabeth A. Schallop Call, an active member in good standing of the bar of the State of Arizona whose business address and telephone number is:

    Elizabeth A. Schallop Call
    Steptoe & Johnson LLP
    201 E. Washington, Ste. 1600
    Phoenix, Arizona 85004
    Telephone: 602.257.5200
    Facsimile: 602.257.5299

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Red Door Salons, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

1

1  will constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing.*

3
4  Dated:  May 5, 2008                    _____
5                                          United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



2

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***
Case No. 3:08-CV-01520-SC                                              Doc. #556104 v.1