John Swenson (SBN 224110)
STEPTOE & JOHNSON LLP
633 W. 5th Street, Ste. 700
Los Angeles, CA 90071
Phone: 213-439-9424
Fax: 213-439-9599

Stephanie J. Quincy (*pro hac vice*)
Elizabeth A. Schallop Call (*pro hac vice*)
Robert G. Vaught (*pro hac vice*)
STEPTOE & JOHNSON LLP
201 E. Washington, Ste. 1600
Phoenix, Arizona 85004
Phone: 602-257-5200
Fax: 602-257-5299

Attorneys for Defendant Red Door Salons, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KNIGHT and MARCIE DAVE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>RED DOOR SALONS, INC., an Arizona Corporation and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:08-CV-01520-SC<br><br>**JOINT ADR CERTIFICATION BY PARTIES AND COUNSEL** |

　　　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

　　　　(1)　　Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov.

　　　　2)　　Discussed the available dispute resolution options provided by the Court and private entities; and

　　　　3)　　Considered whether this case might benefit from any of the available dispute resolution options.

1

1    RESPECTFULLY SUBMITTED this 20th day of June, 2008.

                LAW OFFICES OF MOSS & HOUGH

                By_____
                  Gary E. Moss
                  Mary Patricia Hough
                  Derek M. Thomas
                  601 Van Ness Avenue, Suite 2030
                  San Francisco, CA  94102

                Michael von Loewenfeldt
                Michael NG
                KERR & WAGSTAFFE, LLP
                100 Spear Street, Suite 1800
                San Francisco, CA  94105-1528

                Attorneys for Plaintiffs Lisa Knight and Marcie Dave


                STEPTOE & JOHNSON LLP


                By /s/ Robert G. Vaught_____
                  Stephanie J. Quincy (*pro hac vice*)
                  Elizabeth A. Schallop Call (*pro hac vice*)
                  Robert G. Vaught (*pro hac vice*)
                  STEPTOE & JOHNSON LLP
                  201 E. Washington, Ste. 1600
                  Phoenix, Arizona 85004

                John Swenson
                STEPTOE & JOHNSON LLP
                633 W. 5th Street, Ste. 700
                Los Angeles, CA  90071

                Attorneys for Defendant Red Door Salons, Inc.

2

**JOINT ADR CERTIFICATION BY PARTIES AND COUNSEL**
**(No. 3:08-CV-01520-SC)**

559521

1   RESPECTFULLY SUBMITTED this 20th day of June, 2008.

2                                   LAW OFFICES OF MOSS & HOUGH

4   By_____
        Gary E. Moss
5       Mary Patricia Hough
        Derek M. Thomas
6       601 Van Ness Avenue, Suite 2030
        San Francisco, CA 94102

8   Michael von Loewenfeldt
    Michael NG
9   KERR & WAGSTAFFE, LLP
    100 Spear Street, Suite 1800
10  San Francisco, CA 94105-1528

11  Attorneys for Plaintiffs Lisa Knight and Marcie Dave

13  STEPTOE & JOHNSON LLP

15  By_____
        John Swenson
16      633 W. 5th Street, Ste. 700
        Los Angeles, CA 90071

17      Stephanie J. Quincy (*pro hac vice*)
18      Elizabeth A. Schallop Call (*pro hac vice*)
        Robert G. Vaught (*pro hac vice*)
19      STEPTOE & JOHNSON LLP
        201 E. Washington, Ste. 1600
20      Phoenix, Arizona 85004

21  Attorneys for Defendant Red Door Salons, Inc.

2

JOINT ADR CERTIFICATION BY PARTIES AND COUNSEL
(No. 3-08-CV-01520-SC)

559521

**PROOF OF SERVICE BY MAIL**

I am employed in Phoenix, Arizona. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Steptoe & Johnson LLP, 201 E. Washington, Ste. 1600, Phoenix, Arizona 85004. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 20, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**JOINT ADR CERTIFICATION BY PARTIES AND COUNSEL**

in a sealed envelope, postage fully paid, addressed as follows:

> Michael von Loewenfeldt
> Michael NG
> KERR & WAGSTAFFE, LLP
> 100 Spear Street, Suite 1800
> San Francisco, CA 94105-1528
>
> Gary E. Moss
> Mary Patricia Hough
> Derek M. Thomas
> LAW OFFICES OF MOSS & HOUGH
> 601 Van Ness Avenue, Suite 2030
> San Francisco, CA 94102
>
> Attorneys for Plaintiffs

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 20, 2008 at Phoenix, Arizona.

<u>Michele L. Galvez, Legal Secretary</u>