John Swenson (SBN 224110)
STEPTOE & JOHNSON LLP
633 W. 5th Street, Ste. 700
Los Angeles, CA 90071
Phone: 213-439-9424
Fax: 213-439-9599

Stephanie J. Quincy (*pro hac vice*)
Elizabeth A. Schallop Call (*pro hac vice*)
Robert G. Vaught (*pro hac vice*)
STEPTOE & JOHNSON LLP
201 E. Washington, Ste. 1600
Phoenix, Arizona 85004
Phone: 602-257-5200
Fax: 602-257-5299

Attorneys for Defendant Red Door Salons, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KNIGHT and MARCIE DAVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RED DOOR SALONS, INC., an Arizona Corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:08-CV-01520-SC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Private Mediation.**

The parties agree to hold the ADR session by:

**September 19, 2008.**

1

RESPECTFULLY SUBMITTED this 20th day of June, 2008.

LAW OFFICES OF MOSS & HOUGH

By_____
   Gary E. Moss
   Mary Patricia Hough
   Derek M. Thomas
   601 Van Ness Avenue, Suite 2030
   San Francisco, CA  94102

Michael von Loewenfeldt
Michael NG
KERR & WAGSTAFFE, LLP
100 Spear Street, Suite 1800
San Francisco, CA  94105-1528

Attorneys for Plaintiffs Lisa Knight and Marcie Dave

STEPTOE & JOHNSON LLP

By  /s/ Robert G. Vaught
   Stephanie J. Quincy (*pro hac vice*)
   Elizabeth A. Schallop Call (*pro hac vice*)
   Robert G. Vaught (*pro hac vice*)
   STEPTOE & JOHNSON LLP
   201 E. Washington, Ste. 1600
   Phoenix, Arizona 85004

John Swenson
STEPTOE & JOHNSON LLP
633 W. 5th Street, Ste. 700
Los Angeles, CA  90071

Attorneys for Defendant Red Door Salons, Inc.

1     RESPECTFULLY SUBMITTED this ____ day of June, 2008.

LAW OFFICES OF MOSS & HOUGH

By_____
Gary E. Moss
Mary Patricia Hough
Derek M. Thomas
601 Van Ness Avenue, Suite 2030
San Francisco, CA 94102

Michael von Loewenfeldt
Michael NG
KERR & WAGSTAFFE, LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528

Attorneys for Plaintiffs Lisa Knight and Marcie Dave


STEPTOE & JOHNSON LLP


By_____
John Swenson
633 W. 5th Street, Ste. 700
Los Angeles, CA 90071

Stephanie J. Quincy (*pro hac vice*)
Elizabeth A. Schallop Call (*pro hac vice*)
Robert G. Vaught (*pro hac vice*)
STEPTOE & JOHNSON LLP
201 E. Washington, Ste. 1600
Phoenix, Arizona 85004

Attorneys for Defendant Red Door Salons, Inc.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

**Private Mediation**

Deadline for ADR session

**September 19, 2008**

IT IS SO ORDERED.

Dated: _____            _____

                                                   United States Judge

**PROOF OF SERVICE BY MAIL**

I am employed in Phoenix, Arizona. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Steptoe & Johnson LLP, 201 E. Washington, Ste. 1600, Phoenix, Arizona 85004. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 20, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

in a sealed envelope, postage fully paid, addressed as follows:

> Michael von Loewenfeldt
> Michael NG
> KERR & WAGSTAFFE, LLP
> 100 Spear Street, Suite 1800
> San Francisco, CA  94105-1528
>
> Gary E. Moss
> Mary Patricia Hough
> Derek M. Thomas
> LAW OFFICES OF MOSS & HOUGH
> 601 Van Ness Avenue, Suite 2030
> San Francisco, CA  94102
>
> Attorneys for Plaintiffs

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 20, 2008 at Phoenix, Arizona.

<u>Michele L. Galvez, Legal Secretary</u>

4