Michael von Loewenfeldt (178665)
Michael NG (237915)
KERR & WAGSTAFFE, LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Phone: 415-371-8500
Fax: 415-371-0500

Gary E. Moss (43002)
Mary Patricia Hough (104542)
LAW OFFICES OF MOSS & HOUGH
601 Van Ness Avenue, Suite 2030
San Francisco, CA 94102
Phone: 415-399-1110
Fax: 415-399-1552

Attorneys for Plaintiffs Lisa Knight and Marcie Dave

John Swenson (224110)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Ste. 2800
Los Angeles, CA 90067
Phone: 310.734.3200
Fax: 310.734.3300

Stephanie J. Quincy (*pro hac vice*)
Elizabeth A. Schallop Call (*pro hac vice*)
Robert G. Vaught (*pro hac vice*)
STEPTOE & JOHNSON LLP
201 E. Washington, Ste. 1600
Phoenix, Arizona 85004
Phone: 602.257.5200
Fax: 602.257.5299

Attorneys for Defendant Red Door Salons, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KNIGHT and MARCIE DAVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RED DOOR SALONS, INC., an Arizona Corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:08-CV-1520-SC<br><br>**JOINT STIPULATION AND REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

1

Pursuant to Civil L.R. 7-12, the parties to the above-entitled action, Lisa Knight and Marcie Dave ("Plaintiffs"), and Red Door Salons, Inc. ("Defendant"), through their undersigned counsel, respectfully ask the Court to reschedule the Initial Case Management Conference currently set for July 11, 2008. This joint request is made in good faith, and not for purposes of delay.

The parties have begun discovery, are actively engaged in settlement discussions and have agreed to participate in private mediation on or before September 19, 2008. *See* Joint Stipulation Selecting ADR Process (Doc. # 19). As the parties may be able to resolve this matter within the next 90 days, and to facilitate their full attention and resources to that end, undersigned counsel respectfully ask the Court to reschedule the Initial Case Management Conference and the deadline for the parties' initial disclosures to a date after September 19, 2008. The parties will immediately inform the Court if settlement is reached.

| | | |
|---|---|---|
|1| |LAW OFFICES OF MOSS & HOUGH|
|2|Dated: July 7, 2008|By /s/|
|3| |Gary E. Moss|
| | |Mary Patricia Hough|
|4| |Derek M. Thomas|
| | |601 Van Ness Avenue, Suite 2030|
|5| |San Francisco, CA  94102|

Michael von Loewenfeldt
Michael NG
KERR & WAGSTAFFE, LLP
100 Spear Street, Suite 1800
San Francisco, CA  94105-1528

Attorneys for Plaintiffs


STEPTOE & JOHNSON LLP


Dated: July 7, 2008

By /s/ Robert G. Vaugh
Stephanie J. Quincy (*pro hac vice*)
Elizabeth A. Schallop Call (*pro hac vice*)
Robert G. Vaught (*pro hac vice*)
201 E. Washington, Ste. 1600
Phoenix, Arizona 85004

John Swenson
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, 28th Floor
Los Angeles, California 90067

Attorneys for Defendant Red Door Salons, Inc.

Upon consideration of the parties' Joint Stipulation and Request to Reschedule Initial Case Management Conference, and good cause appearing therefore, the Initial Case Management Conference currently set for July 11, 2008 is vacated. The Initial Case Management Conference will be rescheduled for a date after September 19, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 7/9/08



United States

4

## PROOF OF SERVICE BY MAIL

I am employed in Phoenix, Arizona. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Steptoe & Johnson LLP, 201 E. Washington Street, Ste. 1600, Phoenix, Arizona. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 7, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**JOINT STIPULATION AND REQUEST TO RESCHEDULE**
**INITIAL CASE MANAGEMENT CONFERENCE**

in a sealed envelope, postage fully paid, addressed as follows:

    Michael von Loewenfeldt
    Michael NG
    KERR & WAGSTAFFE, LLP
    100 Spear Street, Suite 1800
    San Francisco, CA 94105-1528

    Gary E. Moss
    Mary Patricia Hough
    Derek M. Thomas
    LAW OFFICES OF MOSS & HOUGH
    601 Van Ness Avenue, Suite 2030
    San Francisco, CA 94102

    Attorneys for Plaintiffs

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 7, 2008 at Phoenix, Arizona.

                    /s/ Michele L. Galvez, Legal Secreta