1 | Michael von Loewenfeldt (178665)
Michael Ng (237915)
KERR & WAGSTAFFE, LLP
2 | 100 Spear Street, Suite 1800,
San Francisco, CA 94105-1528
3 | Phone: 415-371-8500
Fax: 415-371-0500
4

5 | Gary E. Moss (43002)
Mary Patricia Hough (104542)
LAW OFFICES OF MOSS & HOUGH
6 | 601 Van Ness Avenue, Suite 2030
San Francisco, CA 94102
7 | Phone: 415-399-1110
Fax: 415-399-1552
8

9 | Attorneys for Plaintiffs Lisa Knight and Marcie Dave

10 | John Swenson (224110)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Ste. 2800
11 | Los Angeles, CA 90067
Phone: 310.734.3200
12 | Fax: 310.734.3300

13 | Stephanie J. Quincy (*pro hac vice*)
Elizabeth A. Schallop Call (*pro hac vice*)
14 | Robert G. Vaught (*pro hac vice*)
STEPTOE & JOHNSON LLP
15 | 201 E. Washington, Ste. 1600
Phoenix, Arizona, 85004
16 | Phone: 602.257.5200
Fax: 602.257.5299
17

18 | Attorneys for Defendant Red Door Salons, Inc.

19 | UNITED STATES DISTRICT COURT

20 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21 LISA KNIGHT and MARCIE DAVE, on behalf of themselves and all other similarly situated, | Case No. 3:08-CV-1520-SC |
| 22 Plaintiffs, 23 vs. | **JOINT CASE MANAGEMENT STATEMENT** |
| 24 RED DOOR SALONS, INC., an Arizona Corporation and DOES 1 through 25, inclusive, | |
| 25 Defendants. | |
| 26 | |

27

28

1

1 | The parties have agreed to conduct a private mediation on September 18, 2008. Counsel for both

2 | parties will report the outcome of the mediation at the Status Conference scheduled for September

3 | 19, 2008.

4

5 |                                                    LAW OFFICES OF MOSS & HOUGH
                                                       KERR & WAGSTAFFE LLP

6 | Dated: September 4, 2008                           By _____
                                                          Gary E. Moss
7 |                                                       Mary Patricia Hough
                                                          Derek M. Thomas
8 |                                                       LAW OFFICES OF MOSS & HOUGH
                                                          601 Van Ness Ave. Suite, 2030
9 |                                                       San Francisco, CA 94102

10 |                                                      Michael von Loewenfeldt
                                                          Michael Ng
11 |                                                      KERR & WAGSTAFFE LLP
                                                          100 Spear Street, Suite 1800
12 |                                                      San Francisco, CA 94105-1528

13 |                                                   Attorneys for Plaintiffs

14 |                                                   STEPTOE & JOHNSON LLP

15

16 | Dated: September 4, 2008                           By _____ for
                                                          Stephanie J. Quincy (pro hac vice)
17 |                                                       Elizabeth A. Schallop Call (pro hac vice)
                                                          Robert G. Vaught (pro hac vice)
18 |                                                      201 E. Washington, Ste. 1600
                                                          Phoenix, Arizona 85004

19 |                                                      John Swenson
                                                          STEPTOE & JOHNSON LLP
20 |                                                      2121 Avenue of the Stars, 28th Floor
                                                          Los Angeles, California 90067
21

22 |                                                   Attorneys for Defendant Red Door Salons, Inc.

23

24

25

26

27

28                                            2

**PROOF OF SERVICE BY MAIL**

I am employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Law Offices of Moss & Hough, 601 Van Ness Avenue, Suite 2030, San Francisco, California 91402. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 4, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**JOINT CASE MANAGEMENT STATEMENT**

in a sealed envelope, postage fully paid, addressed as follows:

> John Swenson
> STEPTOE & JOHNSON LLP
> 2121 Avenue of the Stars
> Suite 2800
> Los Angeles, CA 90067
>
> Stephanie J. Quincy
> Elizabeth A. Schallop Call
> Robert G. Vaught
> STEPTOE & JOHNSON LLP
> 201 E. Washington, Ste. 1600
> Phoenix, Arizona 85004
>
> Attorneys for Defendants

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

Executed on September 4, 2008, at San Francisco, California.

Derek M. Thomas

3